# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00749-CV

**David Tennant, Appellant**

**v.**

**Jennifer Segura, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 283160, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

David Tennant and Jennifer Segura have filed a joint motion to dismiss stating that they have entered a settlement agreement that disposed of all issues to be raised on appeal. We grant their motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Joint Motion

Filed:   March 17, 2006